**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
Email: mfeder@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Phone: 702-550-4400
Facsimile: 844-670-6009

*Attorneys for Cox Communications Las Vegas, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERNON NELSON, | CASE NO. 2:18-cv-01973-RFB-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| COX COMMUNICATIONS LAS VEGAS, INC., CREDIT CONTROL CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., STELLAR RECOVERY, INC., CONVERGENT OUTSOURCING, INC., EQUIFAX INFORMATION SERVICES, INC., and TRANSUNION, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Vernon Nelson and Defendant Cox Communications Las Vegas, Inc., by and through their counsel, hereby stipulate and agree that Defendant Cox Communications Las Vegas, Inc. shall have up through and including December 26, 2018, in which to answer, move or otherwise respond to the Complaint for Damages Pursuant to the Fair Debt Collection Practices Act, Fair Credit Reporting Act and Related State Law and Jury Demand [Dkt. 1] filed in this matter.

/ / /

/ / /

/ / /

/ / /



1

This is the first request for an extension of time to file a response to the Complaint.

Dated this 7th day of December 2018.      Dated this 7th day of December 2018.

**DICKINSON WRIGHT PLLC**      **THE LAW OFFICE OF VERNON NELSON**

*/s Michael N. Feder*      */s Vernon Nelson*
MICHAEL N. FEDER (NV Bar No. 7332)      VERNON NELSON (NV Bar No. 6434)
8363 West Sunset Road, Suite 200      9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89113      Las Vegas, Nevada 89123

*Attorneys for Defendant*      *Attorneys for Plaintiff Vernon Nelson*
*Cox Communications Las Vegas, Inc.*

## ORDER

IT IS SO ORDERED

*George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

Dated:   12-10-2018

