**THE LAW OFFICE OF VERNON NELSON**
Vernon A. Nelson, Esq. (NV Bar No. 6434)
Jennifer Golanics, Esq. (NV Bar No. 13687)
9480 S. Eastern Ave., Suite 252
Las Vegas, NV 89123
Tel.: (702) 476-2500   Fax: (702) 476-2788
vnelson@nelsonlawfirmlv.com / jgolanics@nelsonlawfirmlv.com

Attorney for Plaintiff, VERNON NELSON

**NEHORA LAW FIRM, APC**
Nakesha S. Duncan, Esq. (NV Bar No. 11556)
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel.: (949) 629-4349
nduncan@nehoralaw.com

Attorney for Defendant, CONVERGENT OUTSOURCING, INC.

**Mailing Address:**
**114 Pacifica, Suite 470**
**Irvine, CA 92614**

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| **VERNON NELSON,** | Case No.: 2:18-cv-01973-RFB-GWF |
| Plaintiff, | |
| v. | |
| **COX COMMUNICATIONS LAS VEGAS INC., CREDIT CONTROL CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., STELLAR RECOVERY, INC., CONVERGENT OUTSOURCING, INC., EQUIFAX INFORMATION SERVICES, INC., and TRANSUNION, LLC** | **STIPULATION AND ORDER TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |
| Defendants. | |

Plaintiff VERNON NELSON and Defendant CONVERGENT OUTSOURCING, INC. (together known as the "Parties"), through their counsel of record, hereby stipulate as follows:

1. Plaintiff filed the Complaint on October 16, 2018.

2. Defendant was served on November 19, 2018.

3. Defendant's response to the Complaint is currently due December 10, 2018.

4. Defendant has only recently obtained counsel and needs additional time to investigate Plaintiff's claims and respond to the Complaint.

5. The Parties have agreed to extend the deadline for the Defendant to answer or respond to Plaintiff's Complaint up to and including December 24, 2018.

6. This is Defendant's first request for an extension of time to file a response to the Complaint.

**IT IS SO STIPULATED.**

Dated: December 10, 2018    THE LAW OFFICE OF VERNON NELSON

By /s/ Jennifer Golanics
Jennifer Golanics
Attorneys for Plaintiff
Vernon Nelson

Dated: December 10, 2018    **NEHORA LAW FIRM, APC**

By   /s/ Nakesha S. Duncan
Nakesha S. Duncan
Attorneys for Defendant
Convergent Outsourcing, Inc.

**ORDER**

IT IS SO ORDERED.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

Dated: 12-11-2018

3