| | |
|---|---|
| 1 | JEREMY J. THOMPSON |
| | Nevada Bar No. 12503 |
| 2 | **CLARK HILL PLLC** |
| 3 | 3800 Howard Hughes Parkway, Suite 500 |
| | Las Vegas, Nevada 89169 |
| 4 | E-mail: jthompson@clarkhill.com |
| | Telephone: (702) 862-8300 |
| 5 | Facsimile: (702) 862-8400 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

VERNON NELSON,

Plaintiff,

v.

COX COMMUNICATIONS LAS VEGAS, INC.;
CREDIT CONTROL CORPORATION;
EXPERIAN INFORMATION SOLUTIONS, INC.;
STELLAR RECOVERY, INC.; CONVERGENT
OUTSOURCING,

Defendants.

Case No.: 2:18-cv-01973-RFB-GWF

SUBSTITUTION OF ATTORNEY

Equifax Information Services, Inc. hereby substitutes Jeremy J. Thompson, Address: 3800 Howard Hughes Parkway, Suite 500, Las Vegas, NV 89169; Telephone: (702) 862-8300, as attorney of record in place and stead of: Bradley T. Austin, Snell & Wilmer LLP, 3883 Howard Hughes Pkwy., Ste. 1100, Las Vegas, NV 89169.

DATED: 1/4/19

_Kristin N. Zielmarski_
Equifax Information Services, Inc.

I consent to the above substitution.

DATED: 1/3/19

_Bradley T. Austin_
Bradley T. Austin, Esq.

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 1/2/2019

_Jeremy J. Thompson, Esq._

SUBSTITUTION OF ATTORNEY

Please check one: ✓ RETAINED, or ___ APPOINTED BY THE COURT

APPROVED:

DATED: 1-7-2019

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE