**1** VERNON NELSON, ESQ.
Nevada Bar No.: 6434
**2** 9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
**3** Tel.: 702-476-2500
Fax : 702-476-2788
**4** E-mail : vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Vernon Nelson*

UNITED STATES DISTRICT COURT

STATE OF NEVADA

| | |
|---|---|
| VERNON NELSON<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., CREDIT CONTROL CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., STELLAR RECOVERY, INC., CONVERGENT OUTSOURCING, INC., EQUIFAX INFORMATION SERVICES, INC., and TRANSUNION, LLC<br><br>Defendants. | Case No.: 2:18-cv-01973-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT COX COMMUNICATIONS LAS VEGAS, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>**(FIRST REQUEST)** |

Plaintiff Vernon Nelson and Defendant Cox Communications Las Vegas, Inc., by and through their counsel, hereby stipulate and agree that (1) Plaintiff shall have up through and including January 30, 2019, in which to file his response to Defendant Cox Communications Las Vegas, Inc.'s Motion to Compel Arbitration [Dkt. 28] filed in this matter ("Motion to Compel"), and (2) Cox Communications Las Vegas, Inc. shall have up through and including February 13, 2019, in which to file its reply in support of the Motion to Compel.

/ / /

/ / /

/ / /

/ / /

1     This is the first request for an extension of time of the briefing schedule in relation to the
2 Motion to Compel.

3

4   Dated this 16th day of January, 2019,     Dated this 16th day of January, 2019,

5   THE LAW OFFICE OF VERNON NELSON   DICKINSON WRIGHT PLLC

6

7   /s/ *Jennifer Golanics*               /s/ *Michael N. Feder*
  VERNON A. NELSON, JR.           MICHAEL N. FEDER
  Nevada Bar No. 6434               Nevada Bar No. 7332
8   JENNIFER D. GOLANICS           8363 West Sunset Road, Suite 200
  Nevada Bar No. 13687             Las Vegas, Nevada 89113
9   9480 S. Eastern Avenue, Suite 252     T: 702-550-4400 | F: 844-670-6009
  Las Vegas, NV 89123              E-mail: mfeder@dickinsonwright.com
10  T: 702-476-2500 | F: 702-476-2788    *Attorneys for Defendant Cox Communications*
  E-mail: vnelson@nelsonlawfirmlv.com   *Las Vegas, Inc.*
11  *Attorneys for Plaintiff*

12

13

14     **IT IS SO ORDERED.**

15

16                               _____
                              RICHARD F. BOULWARE, II
17                             UNITED STATES DISTRICT JUDGE

18                             DATED this 17th day of January, 2019.
19                             CASE NO: 2:18-cv-01973-RFB-GWF