VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERNON NELSON,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., CREDIT CONTROL CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., STELLAR RECOVERY, INC., CONVERGENT OUTSOURCING, INC., EQUIFAX INFORMATION SERVICES, INC., and TRANSUNION, LLC,<br><br>Defendants. | Case No.: 2:18-cv-01973-RFB-GWF<br><br>AMENDED ORDER<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Vernon Nelson, by and through his attorney, the Law Office of Vernon Nelson, and Defendant Equifax Information Services, LLC ("Equifax"), by and through its attorney of record Clark Hill PLLC, hereby stipulate and agree that this action be dismissed in its entirety with prejudice with each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED on this 21st day of March, 2019.

| THE LAW OFFICE OF VERNON NELSON | CLARK HILL, PLLC |
|---|---|
| By: */s/ Vernon Nelson* | */s/ Jeremy Thompson* |
| VERNON A. NELSON, JR. | JEREMY J. THOMPSON |
| Nevada Bar No. 6434 | Nevada Bar No. 12503 |
| 9480 S. Eastern Avenue, Suite 252 | CLARK HILL, PLLC |
| Las Vegas, NV 89123 | 3800 Howard Hughes Parkway, Suite 500 |
| T: 702-476-2500 \| F: 702-476-2788 | Las Vegas, NV 89169 |
| E-mail: vnelson@nelsonlawfirmlv.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Based on the parties' stipulation and good cause appearing, **IT IS SO ORDERED** that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. ~~The Clerk of Court is directed to~~ **CLOSE THIS CASE**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 22nd day of March, 2019.